# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Opel,II, Robert N. | US Bankruptcy - Middle of PA | 03/11/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☐ Annual ☑ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>03/26/2021 |

**7. Chambers or Office Address**

Max Rosenn Federal Courthouse
197 South Main Street Suite 144
Wilkes-Barre PA 18701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opel,II, Robert N. | 03/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

**A. Filer's Non-Investment Income**

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

**B. Spouse's Non-Investment Income -** *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opel,II, Robert N. | 03/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opel,II, Robert N. | 03/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Broker Account 1: | | | | | | | | | |
| 2. Merrill Lynch Cash | | None | | | Closed | 01/01/20 | J | | |
| 3. ML Bank Deposit Program | | None | | | Closed | 01/01/20 | J | | |
| 4. | | | | | | | | | |
| 5. Broker Account 2: | | | | | | | | | |
| 6. BLKRK 4-7 Years | A | Dividend | | | Sold | 01/01/20 | J | | |
| 7. BLKRK 2-4 Years | A | Dividend | | | Sold | 01/01/20 | J | | |
| 8. Ishares 4-7 Years | A | Dividend | | | Sold | 01/01/20 | J | | |
| 9. Ishares 2-4 Years | A | Dividend | | | Sold | 01/01/20 | J | | |
| 10. | | | | | | | | | |
| 11. Broker Account 3: | | | | | | | | | |
| 12. Merrill Lynch Cash | | None | | | Closed | 01/01/20 | J | | |
| 13. Bank of America, NA RASP | | None | | | Closed | 01/01/20 | J | | |
| 14. | | | | | | | | | |
| 15. PNC Bank Accounts | A | Interest | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. New Broker Account 1: | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. East West Bank | | None | J | T | Open | 01/01/20 | J | | |
| 19. Nuveen Mtg & Income FD COM | D | Dividend | J | T | Buy | 01/01/20 | J | | |
| 20. | | | | | | | | | |
| 21. New Broker Account 2: | | | | | | | | | |
| 22. Wells Fargo Bank, N.A. | | None | J | T | Open | 01/01/20 | J | | |
| 23. U.S. Treasury Bond | B | Dividend | J | T | Buy | 01/01/20 | J | | |
| 24. | | | | | | | | | |
| 25. New Broker Account 3: | | | | | | | | | |
| 26. Wells Fargo Bank, N.A. | | None | J | T | Open | 01/01/20 | J | | |
| 27. American Funds - The Bond Funds of America | C | Dividend | J | T | Buy | 01/01/20 | J | | |
| 28. Brown Advisory FDS | B | Dividend | J | T | Buy | 01/01/20 | J | | |
| 29. Goldman Sachs TR | A | Dividend | J | T | Buy | 01/01/20 | J | | |
| 30. American Funds Growth | C | Dividend | J | T | Buy | 01/01/20 | J | | |
| 31. Hartford Mutl FDS Inc. | B | Dividend | J | T | Buy | 01/01/20 | J | | |
| 32. American Funds - Washington Mutual FD | D | Dividend | J | T | Buy | 01/01/20 | J | | |
| 33. Janus Henderson Funds Small Cap Value Fund Class I JSCOX | B | Dividend | J | T | Buy | 01/01/20 | J | | |
| 34. Jensen Portfolio Inc. | B | Dividend | J | T | Buy | 01/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opel,II, Robert N. | 03/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. John Hancock Funds III | B | Dividend | J | T | Buy | 01/01/20 | J | | |
| 36. MFS SER TR X | B | Dividend | J | T | Buy | 01/01/20 | J | | |
| 37. Metropolitan West Total Return BD FD CL I MWTIX | C | Dividend | J | T | Buy | 01/01/20 | J | | |
| 38. Wells Fargo Emerging Markets Equity Fund Class Inst EMGNX | B | Dividend | J | T | Buy | 01/01/20 | J | | |
| 39. American Funds - Europacific Growth Fund | B | Dividend | J | T | Buy | 01/01/20 | J | | |
| 40. PGIM High Yield CL Z | B | Dividend | J | T | Buy | 01/01/20 | J | | |
| 41. PGIM Total Return | B | Dividend | J | T | Buy | 01/01/20 | J | | |
| 42. | | | | | | | | | |
| 43. New Broker Account 4: | | | | | | | | | |
| 44. Cash - Wells Fargo Bank, N.A. | | None | J | T | Open | 09/01/20 | J | | |
| 45. | | | | | | | | | |
| 46. New Broker Account 5: | | | | | | | | | |
| 47. American Funds College Target Date Ser 2036 FD CL 529-A CCFAX | B | Dividend | J | T | Buy | 02/01/20 | J | | |
| 48. | | | | | | | | | |
| 49. New Broker Account 6: | | | | | | | | | |
| 50. American Funds College Target Date Ser 2033 FD Class 529-A CTLAX | E | Dividend | K | T | Buy | 02/01/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opel,II, Robert N. | 03/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Broker Account 1 (line 1), Broker Account 2 (line 5), and Broker Account 3 (line 11) were closed. New broker accounts were opened and are labeled as "New Broker Account".

If any changes need to be made between the date of the report to the separation date, the report will be amended.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Robert N. Opel,II**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544